IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV743

| | |
|---|---|
| PRESTON JOHNSON, ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> EQUIFAX INFORMATION SERVICES, ) </br> et al., ) </br> ) </br> Defendants. ) </br> _____) | ORDER |

This matter is before the Court upon Defendant TD Auto Finance LLC's ("TDAF") Motion to Compel Arbitration and Stay Proceedings, filed February 15, 2018. The Plaintiff has failed to respond in opposition to the motion or request additional time to do so. Accordingly, it appears to the Court that the Defendant TDAF is entitled to an Order staying this matter as against TDAF and compelling Plaintiff to arbitrate his claims against TDAF.

IT IS THEREFORE ORDERED that the Motion to Compel Arbitration and Stay Proceedings is hereby GRANTED and Plaintiff is hereby compelled to proceed to arbitration as to his claims against TDAF. This matter is stayed as against TDAF only pending arbitration.

Signed: March 28, 2018

Graham C. Mullen
United States District Judge