IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:17CV743-GCM

PRESTON JOHNSON,

    Plaintiff,

vs.

EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, SUNTRUST BANK, SYNCHRONY BANK, TD AUTO FINANCE, LLC,

    Defendants.

ORDER

FILED
CHARLOTTE, NC

MAY - 8 2019

US DISTRICT COURT
WESTERN DISTRICT OF NC

    This matter is before the Court upon its own motion. The only remaining Defendant in this case is TD Auto Finance, LLC ("TDAF"). On February 15, 2018, TDAF moved to compel arbitration of the dispute between itself and Plaintiff. After Plaintiff failed to respond in opposition to TDAF's Motion, the Court granted the Motion to Compel Arbitration on March 28, 2018, compelling Plaintiff to proceed to arbitration as to his claims against TDAF and staying the case solely as to TDAF pending arbitration. TDAF filed a Notice informing the Court that the Plaintiff has failed to file for arbitration as to his claims against TDAF.

    On April 18, 2019, the Court entered an Order directing the Plaintiff to show cause within fourteen days why this case should not be dismissed for failure to prosecute. Plaintiff failed to respond. Accordingly, the Court will dismiss this case without prejudice.

    IT IS SO ORDERED.

*/s/ Graham C. Mullen*
*8 MAY 19*