# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Preston Johnson**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00743-GCM |
| | ) | |
| vs. | ) | |
| | ) | |
| Equifax Information Services, LLC | ) | |
| Experian Information Solutions, Inc. | | |
| Synchrony Bank | | |
| Trans Union, LLC | | |
| TD Auto Finance, LLC | | |
| Suntrust Bank**,** | | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 8, 2019 Order.

May 8, 2019

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court